Day 1

CASE NO.: 1:08-mc-9

STYLE: In Re: Herbert Moncier BPR No. 1910

PRESENT: Honorable Susan Lee _____ U. S. District Judge (U. S. Magistrate Judge)

Attorney(s) for Plaintiff(s): _____

Attorney(s) for Defendant(s): Ralph Harwell

Deputy Clerk: Russell Eslinger _____ Court Reporter: Elizabeth Coffey

Recorded: _____ Tape # _____

PROCEEDINGS: Waiver executed - public hearing, public record

Exhibit 1 - Petition of Appellant Herbert Moncier
       2 - Order emailed on 3/3/08


Testimony by: Herbert S. Moncier
Exhibit 3 - Transcript
       4 - Respondents Summary Analysis of the 11/17/06 Transcript
       5 - Amicus Brief
       6 - Letter from Neil Smith to Herbert Moncier
       7 - Affidavit of Mike Vassar _____

Time: 10:10 _____ to 11:46 _____     Date: 3/5/08
      11:52          12:07
      1:09           3:15
      3:20