# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 08-5645

---

Filed: October 05, 2009

In re: HERBERT S. MONCIER,

    Petitioner - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 07/08/2009 the mandate for this case hereby issues today.

COSTS:  NONE

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 05, 2009

Ms. Patricia L. McNutt
Eastern District of Tennessee at Chattanooga
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

        Re: Case No. 08-5645, *In Re: Herbert Moncier*
            Originating Case No. : 08-00009

Dear Ms. McNutt:

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Patricia J. Elder
                              Senior Case Manager
                              Direct Dial No. 513-564-7034
                              Fax No. 513-564-7096

cc: Mr. Ralph E. Harwell

Enclosure